UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUNTECH IP LLC,<br><br>Plaintiff,<br><br>v.<br><br>HTC AMERICA, INC.,<br><br>Defendant. | Cause No. 2:20-CV-1168<br><br>RULE 7.1 CORPORATE DISCLOSURE STATEMENT |

**PLAINTIFF'S FRCP 7.1 CORPORATE DISCLOSURE STATEMENT**

Pursuant to Rule 7.1 of the Federal Rules of Civil Procedure, Plaintiff Mountech IP LLC ("Mountech IP") states that it is a limited liability company. It does not have a parent corporation and no publicly held corporation owns ten percent (10%) or more of its stock.

Dated July 31, 2020

Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**
1420 Fifth Avenue, Suite 2200
Seattle, Washington 98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

*Attorneys for Mountech IP LLC*

PLAINTIFF'S CORPORATE DISCLOSURE STATEMENT
Cause No. C20-01168

1

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.0900

# **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: July 31, 2020                        /s/ *Philip P. Mann*

PLAINTIFF'S CORPORATE DISCLOSURE
STATEMENT                                  2
Cause No. C20-01168

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206.436.0900