HON. RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUNTECH IP LLC, <br><br> Plaintiff, <br><br> v. <br><br> HTC AMERICA, INC., <br><br> Defendant. | Cause No. 2:20-CV-1168 - RSM <br><br> UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT <br><br> Noted for Consideration: August 17, 2020 |

## UNOPPOSED MOTION TO EXTEND TIME TO ANSWER COMPLAINT

Plaintiff Mountech IP LLC respectfully moves for an extension of time for Defendant HTC America, Inc. to file an answer or otherwise respond to Plaintiff's complaint. The current deadline to respond is August 31, 2020. Plaintiff requests a 60-day extension of Defendant's Answer deadline to October 30, 2020. This extension is not meant for improper delay of this proceeding. Defendant has represented to Plaintiff that it will use the additional time to retain outside counsel, to review the allegations in the Complaint, and to draft the appropriate response.  Further, the parties will explore whether early resolution is possible. Defendant does not oppose this motion.

Dated August 17, 2020                                    Respectfully submitted,

*/s/ Philip P. Mann*
Philip P. Mann, WSBA No: 28860
**Mann Law Group PLLC**

UNOPPOSED MOTION TO EXTEND TIME
Cause No. C20-01168

1

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.0900

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

1420 Fifth Avenue, Suite 2200
Seattle, Washington  98101
Phone (206) 436-0900
Fax (866) 341-5140
phil@mannlawgroup.com

Howard L. Wernow
(Admitted *pro hac vice*)
**San, Sebolt & Wernow Co., LPA**
Aegis Tower – Ste. 1100
4940 Munson St., N.W.
Canton, Ohio 44718
Phone: (330) 244-1174
Email: howard.wernow@sswip.com

***Attorneys for Mountech IP LLC***

UNOPPOSED MOTION TO EXTEND TIME
Cause No. C20-01168

2

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA  98101
Phone:  206.436.0900

# **CERTIFICATE OF SERVICE**

I hereby certify on the date indicated below, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to all parties who have appeared in this matter.

DATED: August 17, 2020         /s/ *Philip P. Mann*

UNOPPOSED MOTION TO EXTEND TIME
Cause No. C20-01168

3

Mann Law Group PLLC
1420 Fifth Avenue, Suite 2200
Seattle, WA 98101
Phone: 206.436.0900