UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUNTECH IP LLC, | CASE NO. C20-1168 RSM |
| Plaintiff, | ORDER |
| v. | |
| HTC AMERICA, INC., | |
| Defendant. | |

This matter is before the Court on Plaintiff's Unopposed Motion to Extend Time to Answer Complaint. Dkt. #7. Finding good cause, the Court hereby ORDERS that the motion (Dkt. #7) is GRANTED and the time for Defendant HTC America, Inc. to answer, move, or otherwise respond to Plaintiff's Mountech IP LLC's Complaint is extended to October 30, 2020.

Dated this 18th day of August, 2020.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER – 1