HON. RICARDO S. MARTINEZ

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| MOUNTECH IP LLC, | ) |
| | ) Case No. 2:20-CV-1168-RSM |
| Plaintiff, | ) |
| | ) ORDER GRANTING SECOND |
| v. | ) UNOPPOSED MOTION TO |
| | ) EXTEND TIME TO ANSWER |
| HTC AMERICA, INC., | ) COMPLAINT |
| | ) |
| Defendant. | ) Noted for Consideration: |
| | ) October 20, 2020 |

GOOD CAUSE APPEARING, it is hereby ordered that the time Defendant HTC America, Inc. has to answer, move, or otherwise respond to Plaintiff Mountech IP LLC's Complaint is extended to November 30, 2020.

SO ORDERED.

Dated:  October 22, 2020.

[signature]

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER
CASE NO. C20-01168

Presented by:

*/s/ Howard L. Wernow*

Howard L. Wernow
(Admitted *pro hac vice*)
**San, Sebolt & Wernow Co., LPA**
Aegis Tower – Ste. 1100
4940 Munson St., N.W.
Canton, Ohio 44718
Phone: (330) 244-1174
Email: howard.wernow@sswip.com

*Attorneys for Mountech IP LLC*

ORDER
CASE NO. C20-01168