IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | | |
|---|---|---|
| MOUNTECH IP LLC, | ) | |
| | ) | Case No. 2:20-CV-1168-RSM |
| *Plaintiff*, | ) | |
| | ) | |
| v. | ) | |
| | ) | ORDER OF DISMISSAL WITH |
| HTC AMERICA, INC., | ) | PREJUDICE |
| | ) | |
| *Defendant*. | ) | |
| | ) | |

On this day, Plaintiff Mountech IP LLC ("Plaintiff") and Defendant HTC America, Inc. ("HTC") announced to the Court that they have resolved Plaintiff's claims for relief against HTC asserted in this case. Plaintiff and HTC have therefore requested that the Court dismiss Plaintiff's claims for relief against HTC with prejudice and with all attorneys' fees, costs and expenses taxed against the party incurring same. The Court, having considered this request, is of the opinion that their request for dismissal should be granted.

IT IS THEREFORE ORDERED that Plaintiff's claims for relief against HTC are dismissed with prejudice. IT IS FURTHER ORDERED that all attorneys' fees, costs of court and expenses shall be borne by each party incurring the same.

IT IS SO ORDERED.

Dated:  November 30, 2020

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER OF DISMISSAL WITH PREJUDICE